PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

SEP 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:99-MG-2124 LJO |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| JOSE JESUS PADILLA, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

On this date, the Federal Bureau of Investigation confirmed that the above-named fugitive/defendant was killed in Mexico.

Dated: September 19, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 19th day of Sept., 2016.

_____
ERIC P. GROSJEAN   Lawrence O'Neill
U.S. MAGISTRATE JUDGE
District

MOTION TO DISMISS AND PROPOSED ORDER