# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 03 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE JESUS PADILLA

## WARRANT FOR ARREST

CASE NUMBER: MG-F-99-2124

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSE JESUS PADILLA__
(Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of the Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

**UNLAWFUL FLIGHT TO AVOID PROSECUTION**

in violation of Title _18_, United States Code, Section(s) _1073_

Lawrence J. O'Neill
Name of issuing Officer: (*)

United States Magistrate Judge.
Title of Issuing Officer: (*)

[signature]
Signature of issuing Officer

June 9, 1999   Fresno, California
Date and Location

Bail fixed at $ _No Bail._       by _Lawrence J. O'Neill_ [signature]
                                    (Name of Judicial Officer)

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

Dismissed

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

11/3/10 - STILL IN PACER

401862